AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
MARK PINNOCK,
JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson", and
MARTIN PINKNEY, a/k/a "Snugglez"

*Defendant(s)*

Case No. 14-2135 (MBB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 11/2013 through 12/22/2013 in the county of Middlesex and Suffolk in the District of MASS & MARYLAND, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1591(a), (b)(1) & (b)(2) | Sex Trafficking of Minors and by Force, Fraud, and Coercion; |
| 18 U.S.C. § 1594 | Conspiracy to Engage in Sex Trafficking of Minors and by Force, Fraud, and Coercion; |
| 18 U.S.C. § 2423 | Transportation of Minors in Interstate Commerce for Purpose of Prostitution |

This criminal complaint is based on these facts:

See Attached Affidavit of Dep't of Homeland Security, Homeland Security Investigations Special Agent Errol C. Flynn

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Errol C. Flynn

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/26/2014

Marianne B. Bowler, USMJ

*Judge's signature*

City and state: Boston, Massachusetts

Honorable Marianne B. Bolwer, U.S.M.J.

*Printed name and title*