JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          **Investigating Agency** __DHS-HSI__

**City** __BOSTON, CAMBRIDGE__          **Related Case Information:**

**County** __SUFFOLK, MIDDLESEX__          Superseding Ind./ Inf. _____ Case No. _____
                                          Same Defendant _____ New Defendant __x__
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number __14-2052 (MBB) & others__
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARK PINNOCK__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address          __(City & State)__ 4 ASTORIA STREET, APARTMENT 1, BOSTON, MASSACHUSETTS

Birth date (Yr only): __1991__  SSN (last4#): _____  Sex __M__          Race: __African Am__          Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __SETH B. KOSTO__          Bar Number if applicable __641044__

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

  ☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** __12/22/2013__

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Billerica House of Correction__  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/26/2014__          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  _____MARK PINNOCK_____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC § 1591 | Sex trafficking of minors | 1 |
| Set 2 | 18 USC § 1594 | Conspiracy to engage in sex trafficking of minors | 2 |
| Set 3 | 18 USC § 2423 | Interstate travel of minors for purposes of prostitution | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

℁JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __II__                **Investigating Agency** __DHS-HSI__

**City**   __BOSTON, CAMBRIDGE__              **Related Case Information:**

**County**   __SUFFOLK, MIDDLESEX__          Superseding Ind./ Inf. _____   Case No. _____
                                         Same Defendant _____   New Defendant _x_____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number   __14-2052 (MBB) & others__
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __JUSTIN RICHARDSON_____   Juvenile:    ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   __JAY or "JAY LOYAL RICHARDSON"_____

Address   ___(City & State)_____

Birth date (Yr only): ____ SSN (last4#):_____ Sex __M__   Race: __African Am__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____                              _____

**U.S. Attorney Information:**

**AUSA**   __SETH B. KOSTO_____   Bar Number if applicable   __641044__

**Interpreter:**     ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes  ☐ No

        ☑ Warrant Requested            ☐ Regular Process            ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**     ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __3/26/20'4__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____ JUSTIN RICHARDSON _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 1591 | Sex trafficking of minors | 1 |
| Set 2 | 18 USC § 1594 | Conspiracy to engage in sex trafficking of minors | 2 |
| Set 3 | 18 USC § 2423 | Interstate travel of minors for purposes of prostitution | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____