JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** ______ **Investigating Agency** DHS-HSI

**City** BOSTON, CAMBRIDGE

**County** SUFFOLK, MIDDLESEX

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant x
Magistrate Judge Case Number ______
Search Warrant Case Number 14-2052 (MBB) & others
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name MARTIN PINKNEY Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name SNUGGLEZ

Address (City & State) Baltimore, MD

Birth date (Yr only): ____ SSN (last4#): ____ Sex M Race: African Am Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** SETH B. KOSTO Bar Number if applicable 641044

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______ .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 03/26/2014 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ______________

**Name of Defendant** MARTIN PINKNEY

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1591 | Sex trafficking of minors | 1 |
| Set 2 | 18 USC § 1594 | Conspiracy to engage in sex trafficking of minors | 2 |
| Set 3 | 18 USC § 2423 | Interstate travel of minors for purposes of prostitution | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________